UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | CV 15-05019 DDP (JCx) | Dated: August 27, 2015 |
| Title: | FREDERICK H. ODLE, an individual and as Trustees of the Frederick and Cynthia Odle 2013 Trust, Cynthia I. Odle, an individual and Trustees of the Frederick and Cynthia Odle 2013 Trust -v- MGC MORTGAGE INC. | |

=========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                                    None Present
Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO DISMISS CASE FILED BY DEFENDANTS LPP MORTGAGE LTD LP, MGC MORTGAGE INC (**DOCKET NUMBER 8**) and the MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT FILED BY PLAINTIFFS CYNTHIA I. ODLE, FREDERICK H. ODLE (**DOCKET NUMBER 10**) set for August 31, 2015 at 10:00 a.m., are hereby taken off calendar, the hearing date vacated and will be decided without oral argument.