Regina J. McClendon (184669)
LOCKE LORD LLP
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: 415-318-8810
Fax: 415-676-5816

Matthew B. Nazareth (278405)
LOCKE LORD LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500
Fax: 213-485-1200

Attorneys for Defendants
MGC MORTGAGE, INC. and LPP MORTGAGE, LTD., L.P.

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FREDERICK H. ODLE and CYNTHIA I. ODLE, as Individuals and as Trustees of the Frederick and Cynthia Odle 2013 Trust,

Plaintiffs,

vs.

MGC MORTGAGE, INC.; LPP MORTGAGE, LTD., L.P.; and DOES 1-10, inclusive,

Defendants.

CASE NO. CV 15-05019 DDP-JC

**JUDGMENT OF DISMISSAL**

On September 29, 2016, this Court entered an order granting the motion of defendants MGC MORTGAGE, INC. and LPP MORTGAGE, LTD., L.P. (“Defendants”) to dismiss the First Amended Complaint of plaintiffs FREDERICK H. ODLE and CYNTHIA I. ODLE, as Individuals and as Trustees of the Frederick and Cynthia Odle 2013 Trust (“Plaintiffs”) for failure to state a claim pursuant to Rule

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

12(b) of the Federal Rules of Civil Procedure. The Court ordered Plaintiff's First Amended Complaint dismissed with prejudice. There were no other parties to the action.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice. It is further ordered that judgment be entered in favor of Defendants and against Plaintiffs as to each and every cause of action in this action, and that Plaintiffs take nothing by way of their claims.

IT IS SO ORDERED.

Dated: October 17, 2016

United States District Judge